**Entered on Docket
May 19, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes the order of the court.
Signed May 19, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re                                  |     Case No. 17-41114
                                       |     Chapter 13
Michael and Kittoo Herbert,        |
                                       |
                                       |
                      Debtor.     |
_____|

**MEMORANDUM REGARDING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY**

On May 10, 2017, Debtors filed a *Motion to Extend Automatic Stay* (doc. 12). On May 11, 2017, Debtors filed a *Memorandum of Points and Authorities* (doc. 15) in support of that motion. Local Rule 4001-2 of this Court requires motions of this type to include a discussion of *all* prior cases dismissed in the past *eight* years. It appears to the Court that Debtors' papers have not complied with this rule. Debtors should be prepared to fully discuss all prior cases dismissed during the last eight years by the time of the hearing on the motion to extend the stay scheduled for May 24, 2017.

**\*END OF MEMORANDUM\***

## COURT SERVICE LIST

**Michael David Herbert, Jr.**
592 Mission Place
Danville, CA 94526

**Kittoo Herbert**
592 Mission Place
Danville, CA 94526